**Ruth Lamar LEHMAN, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Nos. 362–364, Docket 23989–23991.**

United States Court of Appeals
Second Circuit.

Argued May 16, 1956.

Decided June 29, 1956.

**PER CURIAM.**

The opinion of the Tax Court, Docket Numbers 49981, 49982 and 49983, reported at 14 T.C.M. 928, is affirmed. Robert Lehman, 17 T.C. 652.

**UNITED STATES of America**

v.

**Francis X. SPINLEY.**

**No. 11880.**

United States Court of Appeals
Third Circuit.

Submitted June 22, 1956.

Decided Aug. 7, 1956.

See, also, D.C., 138 F.Supp. 241.

McGuigan & Kilcullen, New York City (Richard Kilcullen, New York City, of counsel), for petitioner on review.

Charles K. Rice, Asst. Atty. Gen. (Charles Freeman, Lee A. Jackson, Harry Baum and David O. Walter, Washington, D. C., Attorneys, Department of Justice, of counsel), for respondent.

Simpson Thacher & Bartlett, New York City (Leslie M. Rapp and David G. Sacks, New York City, of counsel), for Robert Lehman, amicus curiæ.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

Francis X. Spinley, pro se.

D. Malcolm Anderson, Jr., U. S. Atty., John R. Gavin, Asst. U. S. Atty., Pittsburgh, Pa., for appellee.

Before BIGGS, Chief Judge, GOODRICH, Circuit Judge, and VAN DUSEN, District Judge.

**PER CURIAM.**

Careful consideration of the briefs and record on this appeal convinces us that the decision of the court below was correct.

Accordingly, the judgment appealed from will be affirmed.